**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>   v.<br><br>SANTIAGO IBARRA,<br><br>Defendant/Petitioner.<br>_____ | Case No. ***EDCV 08-1764-VAP***<br>EDCR 05-0053-VAP<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Petitioner's Motion pursuant to 28 U.S.C. § 2255 is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.


Dated:  August 23, 2009          _____
                                    VIRGINIA A. PHILLIPS
                                 United States District Judge